IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GARY L. DOLES,**

    **Petitioner,**

**v.**                                                    **Case No. 5:25-cv-292-AW-MJF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Gary Doles filed a "notice of removal." ECF No. 1. The magistrate judge recommends remand, ECF No. 3, and Doles has not filed any objection to the report and recommendation. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will take appropriate steps to remand the case. The clerk will then close the file.

SO ORDERED on November 24, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge